FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Farid Taghizadeh DEFENDANT(S). | CASE NUMBER 10-mJ-2257 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Sept 23__, __2010__, at __9:30__ ☑ a.m. / ☐ p.m. before the Honorable __Fick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __9/17/10__          _____
                            U.S. District Judge/Magistrate Judge

CR-66 (10/97)  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT